IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FRED JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:13-CV-672-MHT |
| | ) | [WO] |
| | ) | |
| GREG BENTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the allegations contained in the complaint, and for good cause, it is

ORDERED that on or before October 4, 2013 the plaintiff shall file an amendment to his complaint in which he advises the court of the date of the incident at issue and the date on which he was taken into custody with respect to the incident.

Done this 20th day of September, 2013.

  /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE