IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRED JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:13-CV-672-MHT |
| | ) [WO] |
| | ) |
| GREG BENTON, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that on or before October 30, 2013 the Chief of Police for the Dothan Police Department shall file under seal a current home and/or employment address for John Givens and Marc Crews, individuals the plaintiff identifies as former employees of the Dothan Police Department.  If no such address is available for the aforementioned individuals, the court shall be so advised.

Done this 9th day of October, 2013.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE