IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRED JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:13-CV-672-MHT |
| ) | [WO] |
| ) | |
| GREG BENTON, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on October 7, 2013 (Doc. No. 13), which

the court construes to contain a motion for service of documents, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent addressed herein.  The

Clerk is DIRECTED to provide the plaintiff with a copy of the order entered on October 3, 2013

requiring that the defendants file an answer and written report (Doc. No. 7) as this is the only order

entered by the court since his filing an amendment to the complaint which was sent to the plaintiff

at the Houston County Jail.

Done this 10th day of October, 2013.

      /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE