IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| FRED JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:13cv672-MHT |
| ) | (WO) |
| GREG BENTON, et al., ) | |
| ) | |
| Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, the plaintiff, a state inmate, filed this lawsuit complaining that the Dothan City Police Officers who arrested him in 2011 used excessive force in doing so.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the defendants' motions for summary judgment should be granted in their favor because the plaintiff's claims are barred by the applicable statute of limitations and he is not entitled to equitable tolling.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of December, 2015.

                                         /s/ Myron H. Thompson  
                                      **UNITED STATES DISTRICT JUDGE**