IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| FRED JOHNSON,             )<br>                          )<br>    Plaintiff,         )<br>                          )    CIVIL ACTION NO.<br>    v.                    )      1:13cv672-MHT<br>                          )          (WO)<br>GREG BENTON, et al.,      )<br>                          )<br>    Defendants.           ) | |

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 46) is adopted.

(2) The defendants' motions for summary judgment (doc. nos. 21, 26, 28, 32, and 43) are granted.

(3) Summary judgment is entered in favor of the defendants and against the plaintiff, with the plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 30th day of December, 2015.**

                                        /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**